PIERCE, Justice,
Concurring in Result Only.
¶ 17. I concur in result with the majority’s decision to reverse the trial court’s grant of summary judgment in favor of the Mississippi Transportation Commission and remand the case for a trial on the merits. Green’s affidavit provides genuine issues of material fact to be determined by a jury. I write separately because I do not agree with the majority’s conclusory statements contained in its opinion on issues which are to be tried by the jury.
¶ 18. Without reiterating the contents of Green’s affidavit, as quoted in the majority opinion, I believe that the affidavit was not properly weighed by the trial court. The affidavit on its face raises genuine issues of material fact to be determined by a jury on Green’s misrepresentation claims. For this reason, I concur in result only.